UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

       v.                       Case No. 12-cv-342-SM

Warden, Northern NH Correctional
Facility, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 18, 2012.  Plaintiff's motion to proceed in forma pauperis is hereby denied.  Plaintiff has thirty (30) days from the date of this order to pay the filing fee if he intends to proceed with this action and avoid dismissal of this case.

" '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).

  SO ORDERED.

November 19, 2012

             _____
             Steven J. McAuliffe
             United States District Judge


cc: Paul Blackmer, pro se