UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Paul Blackmer,</u>
      Plaintiff

      v.

Case No. 12-cv-342-SM

<u>Warden, Northern NH Correctional Facility, et al.</u>
      Defendants

<u>O R D E R</u>

The plaintiff having failed to comply with the Order of Judge Steven J. McAuliffe entered on November 19, 2012, the complaint is hereby dismissed without prejudice for failure to pay the filing fee.

SO ORDERED.

December 27, 2012

                                  Steven J. McAuliffe
                                  United States District Judge

cc:      Paul Blackmer, Pro Se