**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>Paul Blackmer</u>

    v.                                            Civil No. 12-cv-342-SM

<u>Northern New Hampshire Correctional
Facility, Warden, et al.</u>[1]


**<u>O R D E R</u>**

    Before the court is a post-judgment motion (doc. no. 21), filed by pro se prisoner Paul Blackmer, seeking to obtain a free copy of documents previously filed by Blackmer in this case, specifically, his motion to amend (doc. no. 14), and the exhibits he filed on November 15, 2012, which have been maintained conventionally in the clerk's office.  This court granted Blackmer leave to request free copies, if he could show good cause for the court's waiver of the copy charge.

    Blackmer asserts that he lacks funds to pay for copies, and that he filed original documents without first making a copy of those documents.  He further asserts that the New Hampshire

---

    [1] Defendants in this lawsuit are: Northern New Hampshire Correctional Facility ("NCF") Warden Edward Reilly; New Hampshire Department of Corrections Commissioner William Wrenn; NCF Capt. Lambertson, whose first name is unknown ("FNU"); NCF Lt. FNU Masse; and NCF Officers Paul Fortier, FNU Gray, FNU Bolla, FNU Newton, FNU Bigl, FNU Malhoat, and FNU L'Heureux.

Department of Corrections has denied him access to his legal files, and that he requires a copy so that he can "adequately whine to the First Circuit . . . and/or to the New Hampshire Supreme Court," regarding this court's denial of his motion to proceed in forma pauperis, and other issues in this action.

Construing Blackmer's reference to whining as asserting an intent to file an appeal of the judgment of dismissal in this case, or a new action in state court, this court grants Blackmer's motion to obtain a free copy of the requested documents (Blackmer's motion to amend (doc. no. 14) and Exhibits 1-3). Blackmer is placed on notice, however, that he may not continue to treat the clerk's office as an offsite copy center, and that future requests for gratis copies will be denied absent a showing of exceptional circumstances. If Blackmer should need to file documents in the future in this court, he must take steps to ensure he retains a personal copy without relying on the clerk's office as a depository, unless he has funds to pay the clerk's copy charge.

### Conclusion

For the foregoing reasons, the court grants Blackmer's motion (doc. no. 21) to obtain a copy of the motion to amend (doc. no. 14) and the exhibits filed with that motion. The

clerk's office is directed to produce a copy of those documents for Blackmer, and to waive the copy charge on a one-time basis.

    SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

January 8, 2013

cc: Paul Blackmer, pro se

LBM:nmd